### REICH et al. v. VEGEX, Inc.
### No. 8203.

Circuit Court of Appeals, Third Circuit.

Argued May 3, 1943.

Decided June 21, 1943.

A. L. Shapiro, of Philadelphia, Pa. (Abraham Wernick, of Philadelphia, Pa., of counsel), for appellants.

R. Sturgis Ingersoll, of Philadelphia, Pa. (Ballard, Spahr, Andrews & Ingersoll, of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The sole question arising upon this appeal is whether the plaintiffs made out a

prima facie case entitling them to relief. Federal Deposit Ins. Corporation v. Mason, 3 Cir., 1940, 115 F.2d 548; Schad v. Twentieth Century-Fox Film Corporation, 3 Cir., 136 F.2d 991. The district court in an opinion by Judge Welsh, 51 F.Supp. 99, carefully reviewed the evidence offered on behalf of the plaintiffs and reached the conclusion that it was not sufficient to establish a claim upon which relief could be granted. The court accordingly granted the defendant's motion for dismissal of the complaint under Civil Procedure Rule 41(b), 28 U.S.C.A. following section 723c. For the reasons satisfactorily and sufficiently set forth in Judge Welsh's opinion we think that the conclusion of the district court was correct.

The judgment of the district court is affirmed.